**DECLARATION OF JOHN MARTINEZ**

I, John Martinez declare as follows:

1. I am a prisoner in the Orange County jails and have been since March 9, 2019.

2. The only effective way for prisoners in the Orange County jails to bring institutional change is by well publicized hunger strike, two of which occurred in 2018 over "housing" prisoner in isolation cells.

3. I do not receive group religious services (chapel), nor do the prisoners I am housing with, in Theo Lacy Mod P Sector 43. There are 23 prisoners (plus one empty cell).

4. There are 2 red bands, 16 yellow bands and 5 orange bands. In spite of the difference security levels we are all housed together as " TOTAL SEPS"(separated) and none of us gets called for group religious service.

5. I, and my cellmates, would like to not be in segregation housing (just now not racially segregated only separated from religious access, classes, AA, etc).

6. I would like to have due process to contest my segregation status; I have committed no violent acts in the jail but I am being punished for protesting against inhumane treatment, classification cannot be grieved successfully.

7. Small things mean a lot to a prisoner. If we had a change of underwear we wouldn't have to be naked when washing our clothes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 27, 2019 in ~~Santa Ana~~ ORANGE, California.

_____
JOHN MARTINEZ

DECLARATION OF JOHN MARTINEZ
2