UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 19-258 JVS (KESx) | Date | November 4, 2019 |
|---|---|---|---|

| Title | Mark Moon, et al. v. County of Orange, et al. |
|---|---|

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Richard Herman

Attorneys Present for Defendants:

D Kevin Dunn
Michael Rossiter

**Proceedings:**  1. Order to Show Cause re Preliminary Injunction
2. Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6) [59]
3. Defendants' Motion to Dismiss Parties Pursuant to FRCP 21 [60]
4. Defendants' Motion to Strike Class Allegations from Plaintiffs' First Amended Complaint [61]


Cause is called for hearing and counsel make their appearances.  The Court's tentative ruling is issued.  Motions are argued.  The Court orders that the tentative rulings shall become the order of the Court.  Order to Show Cause DISCHARGED.  30 days leave to amend GRANTED.  Separate orders to issue.

| | : | 10 |
|---|---|---|
| Initials of Preparer | lmb | |